CO-386-online
10/03

# United States District Court
# For the District of Columbia

International Swaps and Derivatives Association; and )
Securities Industry and Financial Markets )
Association )
)
                       Plaintiff )
vs )    Civil Action No._____
)
United States Commodity Futures )
Trading Commission )
)
                       Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Securities Industry and Financial Markets Association ("SIFMA")__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __SIFMA__ which have any outstanding securities in the hands of the public:

SIFMA is a § 501(c)(6) non-profit, tax-exempt organization incorporated in the State of Delaware.

SIFMA does not have any parent companies, subsidiaries, or corporate affiliates that have outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Miguel A. Estrada
Signature

456289
BAR IDENTIFICATION NO.

Miguel A. Estrada
Print Name

Gibson, Dunn & Crutcher LLP, 1050 Connecticut Ave., N.W.
Address

Washington, D.C.  20036
City          State          Zip Code

202-955-8500
Phone Number

CO-386-online
10/03

# United States District Court
# For the District of Columbia

International Swaps and Derivatives Association; and )
Securities Industry and Financial Markets )
Association )
                                          Plaintiff )    Civil Action No._____
     vs )
United States Commodity Futures )
Trading Commission )
                                       Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __International Swaps and Derivatives Association ("ISDA")__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __ISDA__ which have any outstanding securities in the hands of the public:

ISDA is a § 501(c)(6) non-profit, tax-exempt organization incorporated in the District of Columbia.

ISDA does not have any parent companies, subsidiaries, or corporate affiliates that have outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                                              Attorney of Record

                                              _/s/ Miguel A. Estrada_
                                              Signature

| | |
|---|---|
| 456289 | Miguel A. Estrada |
| BAR IDENTIFICATION NO. | Print Name |
| | Gibson, Dunn & Crutcher LLP, 1050 Connecticut Ave., N.W. |
| | Address |
| | Washington, D.C.  20036 |
| | City     State     Zip Code |
| | 202-955-8500 |
| | Phone Number |