**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, INC. and
SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION,

Plaintiffs,

v.

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

Defendant.

Civil Action No. 11-cv-2146 (RLW)

**NOTICE OF DISMISSAL OF RELATED**
**CASE BY THE COURT OF APPEALS**

On December 2, 2011, the International Swaps and Derivatives Association and the Securities Industry and Financial Markets Association ("plaintiffs") filed a Complaint in this case challenging a final rule and interim final rule adopted by the United States Commodity Futures Trading Commission ("CFTC"). *See* Position Limits for Futures and Swaps; Final Rule and Interim Final Rule, 76 Fed. Reg. 71,626 (Nov. 18, 2011). Because it was unclear whether jurisdiction for this challenge lay in this Court or in the Court of Appeals, plaintiffs simultaneously petitioned for review in the United States Court of Appeals for the District of Columbia Circuit. Subsequently, plaintiffs filed in the Court of Appeals an emergency motion to stay the rule's effective date.

On January 17, 2012, this Court ordered that all proceedings in this case, including deadlines, be stayed pending further notice from the Court and that the parties notify the Court of any disposition of the related proceedings in the Court of Appeals.

Plaintiffs hereby notify the Court that, on January 20, 2012, the Court of Appeals dismissed the petition for review, holding that jurisdiction properly lay in this Court. Because it held that it lacked jurisdiction, the Court of Appeals dismissed plaintiffs' emergency stay motion without ruling on its merits.

Plaintiffs intend to file a motion in this Court shortly for a preliminary injunction to stay the rule's effective date.

Dated: January 24, 2012

Respectfully submitted,

/s/ Jason J. Mendro

Miguel A. Estrada
Eugene Scalia
Jason J. Mendro
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of January, 2012, I filed the foregoing notice with the Clerk of Court for the United States District Court for the District of Columbia using the Court's CM/ECF system. I also certify that I caused the notice to be served on the following counsel by CM/ECF:

Lawrence DeMille-Wagman
lwagman@cftc.gov
Mary T. Connelly
mconnelly@cftc.gov
Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-5120

/s/ Jason J. Mendro
Jason J. Mendro