IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, INC. and SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>        Defendant. | Civil Action No. 11-CV-2146 (RLW) |

## NOTICE OF FILING UNDER SEAL

Pursuant to Local Civil Rule 5.1(j) and Local Civil Rule 5.4(e)(1) and (2), Plaintiffs International Swaps and Derivatives Association, Inc. and Securities Industry and Financial Markets Association hereby give notice that they have submitted in paper form under seal the declarations of Michael A. Camacho, Simon Greenshields, and Roger Jones, in support of Plaintiffs' Application for a Preliminary Injunction (D.E. 17).

Dated: February 8, 2012

Respectfully submitted,

/s/ Miguel A. Estrada
Miguel A. Estrada, SBN 456289
  *Counsel of Record*
Eugene Scalia, SBN 447524
Jason J. Mendro, SBN 482040
John F. Bash, SBN 988874
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2012, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the Court's CM/ECF system.

I also certify that I caused the foregoing document, together with all documents proposed to be filed under seal, to be served by hand on the following counsel:

>Lawrence DeMille-Wagman
>lwagman@cftc.gov
>Mary T. Connelly
>mconnelly@cftc.gov
>Commodity Futures Trading Commission
>1155 21st Street, N.W.
>Washington, D.C.  20581
>(202) 418-5120

>/s/ Jason J. Mendro
>Jason J. Mendro