# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, INC. and SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　Defendant. | Civil Action No. 11-CV-2146 |

## JOINT STATUS REPORT

On February 2, 2012, this Court entered an order directing the parties to submit a joint status report by the date of this filing. In response, Plaintiffs International Swaps and Derivatives Association, Inc. and Securities Industry and Financial Markets Association ("Plaintiffs") and the Commodity Futures Trading Commission ("Commission") conferred in good faith and respectfully report as follows:

1.　This case seeks judicial review of administrative agency action. Plaintiffs challenge a newly promulgated regulation of the Commission that establishes position limits on derivatives contracts tied to 28 different commodities. *See* Position Limits for Futures and Swaps; Final Rule and Interim Final Rule, 76 Fed. Reg. 71,626 (Nov. 18, 2011). Given the nature of this litigation, the parties anticipate that this case will be resolved on dispositive motions, rather than proceeding to a trial.

2.　Plaintiffs filed their complaint on December 2, 2011. Docket Entry ("D.E.") 1. The case was temporarily stayed pending the resolution of a parallel proceeding before the Court of Appeals. This Court lifted the stay on February 2, and on February 7, 2012, Plaintiffs filed an

Application for a Preliminary Injunction, together with supporting materials. D.E. 15. On February 8, 2012, this Court entered an order setting forth a schedule for further briefing and for a February 27 hearing on Plaintiffs' Application for a Preliminary Injunction.

3. The parties are available on the scheduled hearing date and will proceed with briefing in accordance with the February 8 order.

4. Plaintiffs expect to move for summary judgment within approximately the next four weeks.

5. The Commission expects to seek thirty days to respond and cross-move for summary judgment. Plaintiffs will not oppose that request if an injunction is entered, but otherwise will oppose the request and seek expedited consideration.

6. Due to the nature of the proceedings, the parties jointly propose to dispense with the scheduling and conference procedures of Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and to substitute this report and such other reports as the Court may request in place of the report ordinarily required under Rule 26(f).

7. The parties further propose to waive the exchange of initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure and to waive the obligation of the Commission to answer the complaint.

8. Subject to the Court's approval and preference, and to reduce the burden that may be imposed by submitting excess material from the administrative record (*see* LCvR 7(n)(1)), the parties jointly propose that shortly after filing its response to Plaintiffs' Application for a Preliminary Injunction, the Commission file an index containing hyperlinks to materials cited in the administrative record that are publicly available online, in lieu of submitting papers or electronic copies of the entirety of the record. The parties propose to supplement the submission

of the hyperlinked index with copies of the record materials on which they principally rely, together with such additional materials as may be requested by the Court.

Respectfully submitted,

Dated: February 9, 2012

/s/ Miguel A. Estrada
Miguel A. Estrada, SBN 456289
  *Counsel of Record*
Eugene Scalia, SBN 447524
Jason J. Mendro, SBN 482040
John F. Bash, SBN 988874
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Counsel for Plaintiffs*

/s/ Jonathan L. Marcus
Jonathan L. Marcus, SBN 451172
  *Counsel of Record*
Lawrence DeMille-Wagman, SBN 929950
Mary T. Connelly, SBN 441153
COMMODITY FUTURES TRADING
COMMISSION
1155 21 Street, N.W.
Washington, D.C. 20581
Telephone: 202.418.5649
Facsimile: 202.305.2452

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of February, 2012, I caused the foregoing document to be filed with the Clerk of the Court for the United States District Court for the District of Columbia using the Court's CM/ECF system.

I also certify that I caused the foregoing document to be served on the following counsel by CM/ECF:

> Miguel A. Estrada
> mestrada@gibsondunn.com
> Eugene Scalia
> escalia@gibsondunn.com
> Jason J. Mendro
> jmendro@gibsondunn.com
> John F. Bash
> jbash@gibsondunn.com
> Gibson Dunn & Crutcher LLP
> 1050 Connecticut Avenue N.W.
> Washington, D.C.  20036
> (202) 955-8500

/s/ Lawrence DeMille-Wagman
Lawrence DeMille-Wagman