**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

INTERNATIONAL SWAPS AND
DERIVATIVES ASSOCIATION and
SECURITIES INDUSTRY AND FINANCIAL
MARKETS ASSOCIATION,

               Plaintiffs,

    v.

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION,

               Defendant.

Civil Action No. 11-cv-2146 (RLW)

**ORDER**

Upon consideration of the Motion of Better Markets, Inc. for Leave to File *Amicus Curiae* Brief in Support of Defendant, it is hereby

**ORDERED** that the motion is **GRANTED.**

Date: April 24, 2012

                             _____
                                 ROBERT L. WILKINS
                                 United States District Judge