**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION and SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION,<br><br>                Plaintiffs,<br><br>       v.<br><br>UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>                Defendant. | Civil Action No. 11-cv-2146 (RLW) |

**ORDER**

Upon consideration of the Motion of Better Markets, Inc. for Leave to File a Corrected *Amicus Curiae* Brief, it is hereby

    **ORDERED** that the motion is **GRANTED.**

Date: _____           _____
                                                                                                   ROBERT L. WILKINS
                                                                                                   United States District Judge