## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————————

INTERNATIONAL SWAPS AND )
DERIVATIVES ASSOCIATION and )
SECURITIES INDUSTRY AND FINANCIAL )
MARKETS ASSOCIATION, )
)
Plaintiffs, )
) No. 11-cv-2146 (RLW)
v. )
)
COMMODITY FUTURES TRADING )
COMMISSION, )
)
Defendant. )

———————————————————————

### DEFENDANT COMMODITY FUTURES TRADING COMMISSION'S
### NOTICE REGARDING TEMPORARY RELIEF PENDING DISPOSITION OF A
### NOTICE OF PROPOSED RULEMAKING

On July 24, 2012, the Commodity Futures Trading Commission's ("Commission")

Division of Market Oversight ("Division") issued a letter that provides temporary no-action

relief from certain provisions of the Commission's rule, challenged here, regarding Position

Limits for Futures and Swaps ("Rule").   A copy of the letter is attached hereto as Exhibit A.

The Division is providing this relief while the Commission completes its consideration of a

Notice of Proposed Rulemaking ("NPRM") that sought public comment regarding possible

modifications to certain provisions of the Rule governing aggregation of speculative positions.

*See* Notice Regarding the Issuance of a Notice of Proposed Rulemaking, Dkt. 61 (May 21,

2012).

This NPRM was published in the Federal Register on May 30, 2012, and the thirty-day

comment period closed on June 29.   The Commission has committed to coordinating the

disposition of this NPRM with the implementation of position limits under the Rule.  77 Fed. Reg. 3167, 3177 (May 30, 2012).

Compliance with certain provisions of the Rule is required sixty days after a rule further defining the term "swap" is published in the Federal Register.  76 Fed. Reg. 71626, 71632 (Nov. 18, 2011).  Both the Commission and the Securities and Exchange Commission have voted to approve a rule further defining the term "swap."  *See* Notice Regarding Issuance of a Rule Defining Swap, Dkt. 62 (July 10, 2012).  However, that rule has not yet been published in the Federal Register.

To implement the Commission's commitment to provide for an orderly transition to compliance with the Rule, the Division has issued this temporary relief from the provisions of the Rule that the Commission may amend.  This relief is available to all market participants and is effective upon electronically submitting notice to the Division prior to the date a market participant intends to rely on the relief.  This relief will remain in effect until the earlier of (i) sixty days after the Commission issues an order declining to take further action on the NPRM; (ii) sixty days after publication in the Federal Register of a rule finalizing changes proposed in the NPRM; or (iii) December 31, 2012.  The Commission will keep this Court apprised regarding the disposition of the NPRM, as well as the status of the relief issued by the Division.

Respectfully submitted,

Dan M. Berkovitz, D.C. Bar No. 384577
  *General Counsel*

Jonathan L. Marcus, D.C. Bar No. 451172
  *Deputy General Counsel*

Lawrence DeMille-Wagman, D.C. Bar No. 929950
  *Assistant General Counsel*

Mary T. Connelly, D.C. Bar No. 441153
  *Assistant General Counsel*

Ajay B. Sutaria, D.C. Bar No. 987195
  *Counsel*


/s/ Lawrence DeMille-Wagman

Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-5970
lwagman@cftc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2012, I filed Defendant's Notice Regarding Temporary

Relief Pending Disposition of a Notice of Proposed Rulemaking using this Court's CM/ECF

electronic filing system.  Also on July 24, I served the Notice on the following counsel using the

CM/ECF system:

For Plaintiffs:

        Miguel A. Estrada
        MEstrada@gibsondunn.com
        Eugene Scalia
        EScalia@gibsondunn.com
        Jason J. Mendro
        JMendro@gibsondunn.com
        John F. Bash
        JBash@gibsondunn.com

For Amici:

        Leon Dayan
        ldayan@bredhoff.com
        Zoe L. Palitz
        zpalitz@bredhoff.com
        Lawranne Jean Stewart
        Lawranne.stewart@mail.house.gov
        Stephen W. Hall
        shall@bettermarkets.com

                                  /s/ Lawrence DeMille-Wagman