**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                                  )
INTERNATIONAL SWAPS AND                      )
DERIVATIVES ASSOCIATION and              )
SECURITIES INDUSTRY AND FINANCIAL   )
MARKETS ASSOCIATION,                          )
                                                                  )
         Plaintiffs,                                    )
                                                                  )    No. 11-cv-2146 (RLW)
         v.                                                 )
                                                                  )
COMMODITY FUTURES TRADING            )
COMMISSION,                                            )
                                                                  )
         Defendant.                                  )
_____)

**DEFENDANT COMMODITY FUTURES TRADING COMMISSION'S
NOTICE REGARDING SCHEDULED PUBLICATION OF A RULE FURTHER
DEFINING THE TERM "SWAP"**

On July 30, 2012, the Commission informed this Court that it customarily receives advance notice from the Federal Register of the publication of most rules, and stated that it would inform this Court if it received advance notice of the publication date of the rule further defining the term "swap." Subject to the no-action relief described in prior notices, *see* Dkts. 63, 64, and 65, compliance with the Commission's rule regarding Position Limits for Futures and Swaps is required sixty days after the rule further defining the term "swap" is published in the Federal Register.

The Commission has learned that the rule further defining the term "swap" is scheduled to be published in the Federal Register on August 13, 2012. The Commission will notify this Court when that rule is published.

                                            Respectfully submitted,

                                            Dan M. Berkovitz, D.C. Bar No. 384577

*General Counsel*

Jonathan L. Marcus, D.C. Bar No. 451172
  *Deputy General Counsel*

Lawrence DeMille-Wagman, D.C. Bar No. 929950
  *Assistant General Counsel*

Mary T. Connelly, D.C. Bar No. 441153
  *Assistant General Counsel*

Ajay B. Sutaria, D.C. Bar No. 987195
  *Counsel*


/s/ Ajay B. Sutaria

Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-5959
asutaria@cftc.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on July 31, 2012, I filed Defendant's Notice Regarding Publication of a Rule Further Defining the Term "Swap" using this Court's CM/ECF electronic filing system.  Also on July 31, I served the Notice on the following counsel using the CM/ECF system:

For Plaintiffs:

    Miguel A. Estrada
    MEstrada@gibsondunn.com
    Eugene Scalia
    EScalia@gibsondunn.com
    Jason J. Mendro
    JMendro@gibsondunn.com
    John F. Bash
    JBash@gibsondunn.com

For Amici:

    Leon Dayan
    ldayan@bredhoff.com
    Zoe L. Palitz
    zpalitz@bredhoff.com
    Lawranne Jean Stewart
    Lawranne.stewart@mail.house.gov
    Stephen W. Hall
    shall@bettermarkets.com

    /s/ Ajay B. Sutaria