IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION and SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br>Defendant. | No. 11-cv-2146 (RLW) |

**DEFENDANT COMMODITY FUTURES TRADING COMMISSION'S
NOTICE REGARDING PUBLICATION OF A RULE FURTHER DEFINING THE
TERM "SWAP"**

On July 31, 2012, the Commission informed this Court that the rule further defining the term "swap" was scheduled to be published in the Federal Register on August 13, 2012. The Commission has confirmed that the rule further defining the term "swap" was in fact published in the Federal Register on August 13, 2012. The rule further defining swap is published at 77 Fed. Reg. 48208 (Aug. 13, 2012), and can be found at the following link: http://www.gpo.gov/fdsys/pkg/FR-2012-08-13/pdf/2012-18003.pdf.

Subject to the no-action relief described in prior notices, *see* Dkts. 63, 64, and 65, compliance with the Commission's rule regarding Position Limits for Futures and Swaps (the "Rule") is required sixty days after the rule further defining the term "swap" is published in the Federal Register. Accordingly, compliance with the Rule will be required on October 12, 2012.

Respectfully submitted,

Dan M. Berkovitz, D.C. Bar No. 384577
  *General Counsel*

Jonathan L. Marcus, D.C. Bar No. 451172
  *Deputy General Counsel*

Lawrence DeMille-Wagman, D.C. Bar No. 929950
  *Assistant General Counsel*

Mary T. Connelly, D.C. Bar No. 441153
  *Assistant General Counsel*

Ajay B. Sutaria, D.C. Bar No. 987195
  *Counsel*

/s/ Jonathan L. Marcus

Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-5959
asutaria@cftc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2012, I filed the foregoing Defendant's Notice Regarding Publication of a Rule Further Defining the Term "Swap" using this Court's CM/ECF electronic filing system. Also on August 13, I served the Notice on the following counsel using the CM/ECF system:

For Plaintiffs:

>Miguel A. Estrada
>MEstrada@gibsondunn.com
>Eugene Scalia
>EScalia@gibsondunn.com
>Jason J. Mendro
>JMendro@gibsondunn.com
>John F. Bash
>JBash@gibsondunn.com

For Amici:

>Leon Dayan
>ldayan@bredhoff.com
>Zoe L. Palitz
>zpalitz@bredhoff.com
>Lawranne Jean Stewart
>Lawranne.stewart@mail.house.gov
>Stephen W. Hall
>shall@bettermarkets.com

/s/ Jonathan L. Marcus