UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES COMMODITY FUTURES TRADING COMMISSION**<br><br>Defendant. | Civil Action No. 11-cv-2146 (RLW) |

## ORDER

Upon consideration of all submissions on Plaintiffs' Motion for Summary Judgment (Dkt. No. 31), Defendant's Cross-Motion for Summary Judgment (Dkt. No. 38), Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 14), oral argument and the entire record, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **GRANTED** as to Count I of their Complaint and denied as to all remaining counts; and it is,

**FURTHER ORDERED** that Defendant's Cross-Motion for Summary Judgment is **DENIED**; and it is,

**FURTHER ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is **DENIED AS MOOT**; and it is,

**FURTHER ORDERED** that the final rule and interim final rule promulgated by defendant United States Commodity Futures Trading Commission set forth at 76 Fed. Reg. 71,626 is **VACATED** with the exception of the rule's amendments to 17 C.F.R. § 150.2 and this matter is **REMANDED** to the agency.

SO ORDERED.

Date: September 28, 2012

                                                                                     _____

                                                                                     ROBERT L. WILKINS  
                                                                                      United States District Judge